**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
bgreenberg@litedepalma.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANJAY SAINI, Individually And On Behalf Of All Other Similarly Situated Residents,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No. 12-cv-6105(CCC)(JAD)<br><br><br>**CLASS ACTION** |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**

**OF THE CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that on July 7, 2014, at 10:00 a.m., or soon thereafter as counsel may be heard, plaintiff will move before Hon. Claire C. Cecchi, U.S.D.J., at the U.S. District Court, M.L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an Order:

(1)  conditionally certifying a class action with respect to the claims against Defendant pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) for

1

403909.4

       the purpose of effectuating a class action settlement of the claims against Defendant;

(2)    preliminarily approving the proposed Settlement;

(3)    directing notice to class members consistent with the Notice Plan in the Settlement; and

(4)    scheduling a Final Approval Hearing.

In support of Plaintiff's motion, Plaintiff relies upon the accompanying Memorandum of Law and Certification of Bruce D. Greenberg with exhibits. A proposed form of Order is also submitted herewith.

Plaintiffs hereby request that this motion be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

Dated: June 13, 2014

**LITE DEPALMA GREENBERG, LLC**
By:/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Email: bgreenberg@litedepalma.com

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk
Mark L. Knutson
William R. Restis
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
Email: jrk@classactionlaw.com
       mlk@classactionlaw.com
       wrr@classactionlaw.com

## CERTIFICATE OF SERVICE

I, Bruce D. Greenberg, hereby certify that on June 13, 2014, I caused a copy of (a) Notice of Plaintiff's Unopposed Motion For Preliminary Approval of The Class Action Settlement; (b) Memorandum of Law in Support of Plaintiff's Unopposed Motion For Preliminary Approval of The Class Action Settlement; and (c) Declaration of Bruce Greenberg with Exhibits 1-3, to be served upon all counsel of record through the Court's ECF system.

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg

403909.4