**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
bgreenberg@litedepalma.com
[Additional Counsel on Signature Block]
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANJAY SAINI, Individually And On Behalf Of All Other Similarly Situated Residents, | Civil Action No. 12-cv-6105(CCC)(JAD) |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | |

### NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for

11:00 a.m. on March 12, 2015, plaintiff and the Class will move before Hon. Claire

C. Cecchi, U.S.D.J., at the U.S. District Court, M.L. King, Jr. Federal Building &

Courthouse, 50 Walnut Street, Newark, New Jersey 07102, to have the Court enter

1

459427.1

the proposed order submitted herewith that will grant their motion seeking final approval of the class action settlement.

**PLEASE TAKE FURTHER NOTICE** that plaintiff will rely on the accompanying Memorandum of Law, Declaration of Bruce D. Greenberg, Declaration of Phil Cooper and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that defendant does not oppose this motion and agrees that the Court should grant final approval of the settlement.

Dated: February 3, 2015    By:    */s/ Bruce D. Greenberg*
Bruce D. Greenberg
Lite DePalma Greenberg, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Email: brgreenberg@litedepalma.com

Jeffrey R. Krinsk
Mark L. Knutson
William R. Restis
Finkelstein & Krinsk LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
jrk@classactionlaw.com
mlk@classactionlaw.com
wrr@classactionlaw.com
***Attorneys for Plaintiff and the Class***

2

459427.1

## **CERTIFICATE OF SERVICE**

I, Bruce D. Greenberg, hereby certify that on February 3, 2015, I caused a copy of (a) Notice of Plaintiff's Motion For Final Approval of The Class Action Settlement; (b) Memorandum of Law in Support of Plaintiff's Motion For Final Approval of The Class Action Settlement; (c) Declaration of Bruce D. Greenberg; and (d) Declaration of Phil Cooper to be served upon all counsel of record through the Court's ECF system.

Dated: February 3, 2015               */s/ Bruce D. Greenberg*
                                       Bruce D. Greenberg

459427.1