**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
bgreenberg@litedepalma.com
[Additional Counsel on Signature Block]
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SANJAY SAINI, Individually And On Behalf Of All Other Similarly Situated Residents, | : | Civil Action No. 12-cv-6105(CCC)(JAD) |
| Plaintiff, | : | |
| vs. | : | |
| BMW OF NORTH AMERICA, LLC, | : | **CLASS ACTION** |
| Defendant. | : | |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for

11:00 a.m. on March 12, 2015, Plaintiff and the Class will move before Hon.

Claire C. Cecchi, U.S.D.J., at the U.S. District Court, M.L. King, Jr. Federal

Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of

an Order granting the unopposed motion of Plaintiff and the Class seeking the

1

457029.1

payment of $600,000 by Defendant to Plaintiff's Counsel as payment of their attorneys' fees and reimbursement of expenses.

PLEASE TAKE FURTHER NOTICE that plaintiff will rely on the accompanying Memorandum of Law, Stipulation of Class Settlement, Declarations of Bruce D. Greenberg, Jeffrey R. Krinsk, and Matthew E. Pohl and other related materials in support of this motion.

PLEASE TAKE FURTHER NOTICE that Defendant does not oppose this motion and has agreed to pay the amount requested.

Dated: February 3, 2015

**LITE DEPALMA GREENBERG, LLC**
By:/s/ *Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Email: bgreenberg@litedepalma.com

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk
Mark L. Knutson
William R. Restis
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
Email: jrk@classactionlaw.com
        mlk@classactionlaw.com
        wrr@classactionlaw.com

457029.1

## **CERTIFICATE OF SERVICE**

I, Bruce D. Greenberg, hereby certify that on February 3, 2015, I caused a

copy of (a) Notice of Plaintiff's Motion For Attorneys' Fees and Expenses; (b)

Memorandum of Law in Support of Plaintiff's Motion For Attorneys' Fees and

Expenses; (c) Declarations of Counsel; (d) Declaration of Matthew E. Pohl to be

served upon all counsel of record through the Court's ECF system.

Dated: February 3, 2015                    */s/ Bruce D. Greenberg*
                                           Bruce D. Greenberg

457029.1