UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANJAY SAINI, Individually And On Behalf Of All Other Similarly Situated Residents,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Civil Action No. 12-cv-6105(CCC)(JAD)<br><br>**CLASS ACTION** |

## ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND EXPENSES

**WHEREAS**, Plaintiff and Defendant executed an agreement to settle this matter, subject to Court approval, on May 29, 2014;

**WHEREAS**, the Court preliminary approved the Settlement Agreement on October 6, 2014;

**WHEREAS**, section (VIII)(B) of the Settlement Agreement provides that Defendant has agreed to pay, subject to Court approval, the amount of $600,000 to Plaintiff's Counsel for their attorneys' fees and expenses;

**WHEREAS**, Plaintiff has filed a motion seeking payment of $600,000 for his attorneys' fees and expenses, and the Court has been advised that Defendant does not oppose it;

**WHEREAS**, after considering Plaintiff's motion, memorandum of law and supporting materials (including declarations of counsel and Plaintiff's expert) as well as any materials(s) that may be filed in opposition thereto by anyone other than Defendant, and the Court having concluded that Plaintiff's request for fees and expenses is reasonable and permissible under the applicable law;

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Unopposed Motion for Attorneys' Fees and Expenses is **GRANTED**.

2. Defendant shall pay Plaintiff's counsel $600,000 for attorneys' fees and expenses, in accordance with the Settlement Agreement.

3. Consistent with section (VIII)(B) of the Settlement Agreement, these payments shall be paid by Defendant via wire transfer and shall be delivered to an account, to be agreed upon by the parties, within five days of the Effective Date.

4. All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED.**

DATED: ___May 21___, 2015

_____
Claire C. Cecchi, U.S.D.J.